UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| OPTIS WIRELESS TECHNOLOGY, § <br> LLC and PANOPTIS PATENT § <br> MANAGEMENT, LLC § <br> § <br> PLAINTIFFS § <br> v. § <br> § <br> ZTE CORPORATION and ZTE (USA) § <br> INC. § <br> DEFENDANTS. | Civil Action No. 2:15-cv-300 <br><br> JURY TRIAL REQUESTED |

**PLAINTIFF PANOPTIS PATENT MANAGEMENT, LLC's
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Civil Procedure Rule 7.1, Plaintiff PanOptis Patent Management, LLC files this Disclosure Statement and states that PanOptis Equity Holdings, LLC is the parent company of PanOptis Patent Management, LLC. PanOptis Patent Management, LLC further states that no publicly-traded company owns 10% or more of PanOptis Patent Management, LLC.

DATED: March 2, 2015

Respectfully submitted,

**MCKOOL SMITH, P.C.**

*/s/ Mike McKool*
Mike McKool, Jr.
Texas Bar No. 13732100
mmckool@mckoolsmith.com
Douglas A. Cawley
Texas Bar No. 0403550
dcawley@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Sam Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH P.C.
104 E. Houston Street, Suite 300
P.O. Box O
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099


Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Laurie Fitzgerald
Texas State Bar No. 24032339
lfitzgerald@mckoolsmith.com
Ramzi R. Khazen
Texas State Bar No. 24040855
rkhazen@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ATTORNEYS FOR PLAINTIFFS OPTIS WIRELESS TECHNOLOGY, LLC and PANOPTIS PATENT MANAGEMENT, LLC.**